IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Antonneo R. Boyce,<br><br>             Petitioner,<br><br>vs.<br><br>Dora Schriro, et al.,<br><br>             Respondents. | No. CV 05-3015-PHX-ROS (ECV)<br><br>**ORDER** |

Petitioner has filed a Motion to Stay Proceeding (Doc. #16) in which he requests that this habeas action be stayed until the Ninth Circuit Court of Appeals decides a request for a writ in another case. The Ninth Circuit, however, recently issued an order denying the writ request. Doc. #109 in CV 04-00166-PHX-ROS. Petitioner's motion will therefore be denied as moot.

**IT IS THEREFORE ORDERED:**

That Petitioner's Motion to Stay Proceeding (Doc. #16) is **denied as moot**.

DATED this 8th day of December, 2005.

*Edward C. Voss*
Edward C. Voss
United States Magistrate Judge