IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Antonneo R. Boyce,<br><br>  Petitioner,<br><br>vs.<br><br>Dora Schriro, et al.,<br><br>  Respondents. | No. CV 05-3015-PHX-ROS (ECV)<br><br>**ORDER** |

    Petitioner has filed a Motion for Leave to Conduct Discovery (Doc. #12) and Motion for Taking of Judicial Notice (Doc. #17). In the motion for discovery, Petitioner asks the court to permit him to seek documentary evidence from Respondents that supports claims in his habeas petition. Respondents have not yet filed their answer to the petition and Petitioner's request is therefore premature. Respondents typically include relevant portions of the state court record when answering habeas petitions. Additionally, as Judge Silver recently ordered in this case, Respondents may limit their answer to affirmative defenses (see Doc. #19), in which case Petitioner may not be entitled to information in the record regarding the merits of his claims. Accordingly, Petitioner's motion will be denied without prejudice to re-asserting the request after Respondents' answer is filed.

    Regarding Petitioner's Motion for Taking Judicial Notice, Petitioner is simply asking the court to recognize an error in his motion for discovery. This is not the type of matter

appropriate for judicial notice and, therefore, while the court acknowledges Petitioner's error, the request to take judicial notice will be denied. See Fed. R. Evid. 201.

**IT IS THEREFORE ORDERED:**

That Petitioner's Motion for Leave to Conduct Discovery (Doc. #12) is **denied without prejudice**; and

That Petitioner's Motion for Taking of Judicial Notice (Doc. #17) is **denied**.

DATED this 8th day of December, 2005.

_____
Edward C. Voss
United States Magistrate Judge