IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Antonneo R. Boyce, | ) | No. CV 05-3015-PHX-ROS (ECV) |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Dora Schriro, et al., | ) | |
| Respondents. | ) | |

Petitioner has filed a Motion to Stay (Doc. #30) in which he requests a stay of the time to file a reply in support of his habeas petition until Judge Silver rules on his Motion for Reconsideration (Doc. #25) regarding discovery. The court will not stay the time to file a reply indefinitely while Petitioner seeks reconsideration of a prior order. In the event that the motion for reconsideration is granted, Petitioner may seek leave to file a supplemental reply. In the interim, however, a stay is not warranted. Petitioner's motion will therefore be denied. The court, however, will grant Petitioner an additional 30 days to file a reply in support of his petition.

**IT IS THEREFORE ORDERED:**

That Petitioner's Motion to Stay (Doc. #30) is **denied**; and

1    That Petitioner's reply in support of his petition must be filed on or before May 14,
2 2006.
3    DATED this 17th day of April, 2006.

*Edward C. Voss*
Edward C. Voss
United States Magistrate Judge

- 2 -