IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Antonneo R. Boyce, | ) | No. CV 05-3015-PHX-ROS (ECV) |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Dora Schriro, et al., | ) | |
| Respondents. | ) | |

Petitioner has filed a Motion to Stay (Doc. #35) in which he requests a stay of the case pending the resolution of a writ of mandamus that he filed in the Ninth Circuit Court of Appeals involving a discovery issue. Plaintiff has failed to demonstrate that his writ of mandamus has a strong likelihood of success. Accordingly, a stay is not warranted.

**IT IS THEREFORE ORDERED:**

That Petitioner's Motion to Stay (Doc. #35) is **denied**.

DATED this 10th day of July, 2006.

Edward C. Voss
United States Magistrate Judge