IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Antonneo R. Boyce,            )<br>                               )<br>        Petitioner,            )<br>                               )<br>vs.                            )<br>                               )<br>Dora Schriro, et al.,          )<br>                               )<br>        Respondents.           )<br>_____) | No. 05-3015-PHX-ROS (ECV)<br><br>**ORDER** |

On February 23, 2007, Magistrate Judge Edward C. Voss issued a Report and Recommendation ("R&R") addressing Petitioner Antonneo R. Boyce's Petition for Writ of Habeas Corpus. (Doc. 48) Magistrate Judge Voss recommends that the petition be denied. Petitioner filed objections to the R&R. (Doc. 51) For the following reasons, the R&R will adopted and the petition will be denied.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The Court "must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003).

The Petition for Writ of Habeas Corpus contains thirteen grounds for relief. Having reviewed the issues *de novo*, Magistrate Judge Voss correctly found that grounds one, two, three, four, twelve, and thirteen are not cognizable claims. See Langford v. Day, 110 F.3d

1380, 1389 (9th Cir. 1996) ("[A]lleged errors in the application of state law are not cognizable in federal habeas corpus."); Franzen v. Brinkman, 877 F.2d 26, 26 (9th Cir. 1989) ("[A] petition alleging errors in the state post-conviction review process is not addressable through habeas corpus proceedings."). Magistrate Judge Voss also correctly found that grounds five, six, seven, eight, nine, ten, and eleven fail on their merits.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 48) is **ADOPTED** and the Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk of Court shall close this case.

DATED this 18th day of June, 2007.

_____
Roslyn O. Silver
United States District Judge